No. 847. GULFSTREAM PARK RACING ASSOCIATION, INC. *v.* ROBERT L. WEED, ARCHITECT, INC. Appeal from the Supreme Court of Florida. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *W. G. Ward* for appellant. *Thomas H. Anderson* for appellee. 

*Miscellaneous Orders.*

No. 451, Misc. CHANEY *v.* UNITED STATES; and

No. 561, Misc. HANNA *v.* UNITED STATES. The motions for leave to file petitions for writs of certiorari in these cases are denied. *James J. Laughlin* for petitioner in No. 561, Misc.

No. 612, Misc. ROUGHT *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 631, Misc. MILLER *v.* HIATT, WARDEN;
No. 635, Misc. KREPPER *v.* UNITED STATES;
No. 642, Misc. ROBERTS *v.* FRISBIE, WARDEN;
No. 653, Misc. RUTHVEN *v.* OVERHOLSER;
No. 661, Misc. McINTOSH *v.* STEELE, WARDEN, ET AL.;
No. 664, Misc. PULLINS *v.* OHIO ET AL.; and
No. 672, Misc. FINCHAM *v.* LILLARD, SHERIFF. The motions for leave to file petitions for writs of habeas corpus in these cases are severally denied.

No. 670, Misc. EDWARDS *v.* CLEMMER, DIRECTOR. Application denied.